Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
NOV 30 2022
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Atlanta Division

Carmella Charrington

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

(1) Judge Kenya Johnson
(2) William R. Jenkins
(3) Mercedes Murrell
(4) William Tiku
(5) Luanne Bonnie
(6) Myles Braxton
(7) Albert McKenzie
(8) Karen Charrington

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 1:22-CV-4737
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

Request for injunction

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | (1) Judge Kenya Johnson |
| Street Address | Fulton County Probate Court |
| City and County | 136 Pryor St S.W |
| State and Zip Code | second floor |
| Telephone Number | (404) 612-4640 |
| E-mail Address | |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1 (2)

| | |
|---|---|
| Name | William Jenkins |
| Job or Title *(if known)* | Guardian Ad Litem |
| Street Address | P O Box 87238 |
| City and County | College Park Georgia 30337 |
| State and Zip Code | |
| Telephone Number | (404) 522-6386 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | (3) Mercedes Murrell |
| Job or Title *(if known)* | Court-Appointed Counsel |
| Street Address | PO Box 725187 |
| City and County | Atlanta Ga 31139 |
| State and Zip Code | |
| Telephone Number | (404) 612-4640 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | (4) William Tiku |
| Job or Title *(if known)* | Attorney |
| Street Address | 2470 Windy Hill Rd SE |
| City and County | Unit 116 |
| State and Zip Code | Marietta Ga 30067 |
| Telephone Number | 770-272-9470 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | (5) Luanne Bonnie |
| Job or Title *(if known)* | Attorney |
| Street Address | 820 church street |
| City and County | Decatur Ga 30030 |
| State and Zip Code | |
| Telephone Number | (404) 371-1540 |
| E-mail Address *(if known)* | |

Defendant No. 1

| | |
|---|---|
| Name | (6) myles Braxton |
| Job or Title *(if known)* | Attorney probate |
| Street Address | 136 pryor st S.W (Second Fl) |
| City and County | Atlanta Georgia |
| State and Zip Code | |
| Telephone Number | (404) 612-4640 |
| E-mail Address *(if known)* | myles.Braxton@fultoncountyga.gov |

Defendant No. 2

| | |
|---|---|
| Name | (7) Albert McKenzie |
| Job or Title *(if known)* | Aging Adult Services + GA Dept Human Services |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | (404) 463-2084 |
| E-mail Address *(if known)* | Albert.McKenzie@dHS.ga.gov |

Defendant No. 3

| | |
|---|---|
| Name | (8) Karen Charrington |
| Job or Title *(if known)* | 474 Gift Ave |
| Street Address | Atlanta Ga 30316 |
| City and County | |
| State and Zip Code | |
| Telephone Number | 404 247-6999 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* CarmellaCharrington, is a citizen of the State of *(name)* NEWYorK.

b. If the plaintiff is a corporation

The plaintiff, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Judge Kenya Johnson, is a citizen of the State of *(name)* Georgia. Or is a citizen of *(foreign nation)* __________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* Fulton County Probate Court, and has its principal place of business in the State of *(name)* ______________________.

Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

(The Amount at Stake is 5 million dollars

There need for reform "the Standard For appionted of a guardian or Conservator Been unlawful of probate Strip my father Allman' Charrington rights family. very restrictive alternatives)

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like to see the guardian and conservator removed a my Sister Athena Charrington as the guardian move into with my the ward Allman Charrington. & Carmella Charrington Become the Conservator over the ward Allman Charrington. the damages that we had to suffering from Being away 5 million dollars.)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/29/2022

Signature of Plaintiff [signature]

Printed Name of Plaintiff Carmella Charrington

### B. For Attorneys

Date of signing: __________

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address